UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHY LOUISE KELLUM** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-1267** |
| **UNITED PARCEL SERVICE** | **SECTION: "G" (4)** |

### REPORT AND RECOMMENDATION

This case was referred to the undersigned United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(A)(B) and Local Rule 73.1, for the submission of the Proposed Findings and Recommendations.

On May 16, 2012, Plaintiff, Kathy Louise Kellum, ("Kellum") brought this suit against her former employer, Defendant United Parcel Service, ("UPS") alleging unlawful discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.* ("Title VII"), as well as for disparate treatment and harassment in the workplace under 42 U.S.C. § 1981. (R. Doc. 1, ¶ 4).

On May 16, 2012, Kellum also moved to appoint counsel. (R. Doc. 3). The Court denied this motion in an Order dated September 17, 2012. (R. Doc. 7). On September 20, 2012, the Court ordered Kellum to show cause by October 10, 2012 why UPS had not been served with a Complaint in this matter within 120 days of filing her Complaint pursuant to Federal Rule of Civil Procedure ("Rule") 4(m). (R. Doc. 8, p. 1). The Order explicitly stated that "failure to comply . . . may result in dismissal without further notice." *Id.*

Rule 4(m) states that "[i]f a defendant is not served within 120 days after the complaint is field, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.* Two months have now passed since the expiration of Kellum's time to show good cause, but she has failed to file any documentation into the record which indicates that she has filed a summons, or that she has good cause not to so file.

Accordingly,

**IT IS RECOMMENDED** that Plaintiff, Kathy Louise Kellum's, ("Kellum") claims against Defendant, United Parcel Service, ("UPS") be **DISMISSED WITHOUT PREJUDICE** for failing to comply with Federal Rule of Civil Procedure 4(m) and the Show Cause Order (R. Doc. 8) issued by the undersigned on September 20, 2012.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a Magistrate Judge's Report and Recommendation within **fourteen (14) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).[1]

New Orleans, Louisiana, this 18th day of December 2012.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] *Douglass* referenced the previously applicable ten-day period for the filing of objections. Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend the period to fourteen days.