UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHY LOUISE KELLUM | CIVIL ACTION |
| VERSUS | NO. 12-1267 |
| UNITED PARCEL SERVICE | SECTION "G"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff, Kathy Louise Kellum's, action in the above-styled case is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this __23rd__ day of _____July_____, 2013.

_____
UNITED STATES DISTRICT JUDGE